IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DVI RECEIVABLES XIV, LLC, et al.,**<br>　　　　Appellants,<br>　vs.<br>**NATIONAL MEDICAL IMAGING, LLC,**<br>　　　　Appellee. | : : : : : : : : : | **CIVIL NO. 14-3787** |
| **DVI RECEIVABLES XIV, LLC, et al.,**<br>　　　　Appellants,<br>　vs.<br>**NATIONAL MEDICAL IMAGING, HOLDING COMPANY, LLC,**<br>　　　　Appellee. | : : : : : : : : : | **CIVIL NO. 14-3828** |
| **ASHLAND FUNDING, LLC**<br>　　　　Appellant,<br>　vs.<br>**NATIONAL MEDICAL IMAGING, LLC,**<br>　　　　Appellee. | : : : : : : : : : | **CIVIL NO. 14-3969** |
| **ASHLAND FUNDING, LLC,**<br>　　　　Appellant,<br>　vs.<br>**NATIONAL MEDICAL IMAGING, HOLDING COMPANY, LLC,**<br>　　　　Appellee. | : : : : : : : : : | **CIVIL NO. 14-3968** |

## **ORDER**

**AND NOW**, this 24th day of March 2015, upon consideration of the records in the appeals originally docketed at 14-3787, 14-3828, 14-3968 and 14-3969, Appellants' briefs in this

matter and Appellees' briefs in this matter, and the applicable legal authorities, the Court hereby **ORDERS** and **ADJUDGES** the following:

1. The Bankruptcy Court's Order of December 28, 2009, which dismissed the involuntary bankruptcy petitions against Appellees with prejudice is **AFFIRMED**; and

2. The Bankruptcy Court's Order of May 2, 2014, which denied reconsideration of the Bankruptcy Court's Order of December 29, 2009, is **AFFIRMED**;

3. All appeals from the Bankruptcy Court's Order of January 6, 2011, which *inter alia*, declined to vacate a stay of the Bankruptcy Court's proceedings, are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **CLOSE** these cases.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**